IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  Case No.   3:04cr89

JEFFREY HAROWSKI,             JUDGE WALTER H. RICE

    Defendant.

---

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE BUT DECLINING TO REVOKE SAME AT THIS POINT; DEFENDANT ORDERED RELEASED AT 9:00 A.M. ON MONDAY, SEPTEMBER 25, 2017, FROM BUTLER COUNTY JAIL; CONDITIONS SET FORTH; FURTHER COURT APPEARANCE SCHEDULED

---

On September 22, 2017, the Defendant, having previously been found in violation of his supervised release which began June 6, 2011, appeared in open Court for disposition.

Pursuant to the reasoning set forth by the Court, upon the record, during an open Court session on September 22, 2017, this Court, although finding Defendant in violation of his supervised release, declined to revoke same.

Defendant is ordered released from the Butler County Jail at 9:00 a.m. on Monday, September 25, 2017, on condition that he follow each and every condition set forth in the agreed upon Supervision Plan (attached) and, in addition, follow all of the rules and regulations of the probation department and discharge any previously undischarged conditions of supervised release originally imposed.

A follow-up/status appearance is set for Wednesday, December 27, 2017, at 1:30 p.m., in order to monitor the Defendant's progress. Until that time, he is to act as though he is still on supervised release, and comply with each and every directive ordered by Laura Sebulsky, United States Probation Officer.

September 22, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer
U.S. Marshals Service
Butler County Jail, 705 Hanover St, Hamilton, OH 45011

Jeffrey P. Harowski  DOCKET NO.: 3:04-CR-89

## **SUPERVISION PLAN**

1. Mr. Harowski shall reside with Marcy Estes at 940 Kercher St., Miamisburg OH. Mr. Harowski will not change his residence without prior approval of the probation officer.

2. Mr. Harowski shall participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include testing, as directed by the probation officer. The defendant will make a co-payment for treatment services not to exceed $25 per month, based on the defendant's ability to pay, as determined by the probation officer. The defendant shall be referred to an appropriate treatment program, for an assessment and further treatment, as directed by the probation officer.

3. Mr. Harowski shall submit to weekly drug testing as directed by the probation officer. The frequency of the drug testing may be increased or decreased by the probation officer based on the defendant's progress, or lack thereof.

4. Mr. Harowski shall make contact with the Office of Ex-Offender Reentry within 72 hours of his release from imprisonment for enrollment into the Career Alliance Program.

5. Mr. Harowski shall be screened by the U.S. Probation Office for Reentry Court.

6. Mr. Harowski shall abide by all the previously undischarged conditions of his supervised release.

Failure to follow through with any segment of this Supervision Plan will be considered a violation of supervision and reported to the Court.

_____  9-22-17
Jeffrey Harowski  Date

_____  9-22-17
Thomas W. Anderson, Jr. Esq.  Date

_____  9.22.17
Laura Sebulsky, U.S. Probation  Date