IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                             :   Case No.   3:04cr89

      vs.

                             :   JUDGE WALTER H. RICE

JEFFREY PAUL HAROWSKI,

        Defendant.

---

DECISION AND ENTRY REVOKING DEFENDANT'S SUPERVISED
RELEASE, IMPOSING SENTENCE AND ORDERING A THREE-YEAR
PERIOD OF SUPERVISED RELEASE TO FOLLOW, LESS ONE DAY, UPON
CERTAIN STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND
UNDERSTOOD; NEITHER COUNSEL FOR THE GOVERNMENT NOR THE
DEFENDANT VOICED ANY PROCEDURAL OR SUBSTANTIVE
OBJECTIONS TO THIS COURT'S DISPOSITION; FURTHER COURT DATE
SET

---

On May 2, 2019, the Defendant, having previously been found in violation of his

supervised release which began June 7, 2011, appeared in open Court for a periodic status report.

At the above-referenced status report, the Defendant admitted to allegations 3 and 4 of a

Fourth Amended Petition, directing him to show cause why his supervised release should not be

revoked. Having previously entered admissions to allegations 1 and 2 of said Fourth Amended

Petition, the Court accepted the admission to allegations 3 and 4 and, once again, found

Defendant in violation of his supervised release.

Pursuant to the record made on the aforesaid May 2, 2019, the Defendant's supervised

release was revoked on Counts 2, 3 and 4, and, on each, was remanded to the custody of the

Attorney General of the United States, the Bureau of Prisons, for one day, said one day sentences to be served concurrently. A re-imposed period of supervised release of three years, less one day, was imposed, on the following conditions: Defendant is to discharge any presently undischarged conditions of supervised release initially imposed; Defendant is to carry out fully the requirements of the Supervision Plan agreed to by Defendant in open Court on a previous appearance; Defendant is to conclude his community service requirements; Defendant is to attend each and every group session at Nova House, excepting any justifiable reason for missing same; and Defendant is to keep current on his Vivitrol regimen.

Should the Defendant provide his Probation Officer with one year of negative urines, no non-justifiable reasons for missing his group sessions at Nova House and complete his community service, all at the one-year mark of the re-imposed period of supervised release, the Court will terminate same.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same. Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

A further status appearance is set for 9:30 a.m. on Friday, August 2, 2019.

May 2, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, USPO